IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| AMERICAN MANUFACTURERS OF MULTILAYERED WOOD FLOORING,<br><br>      Plaintiff,<br><br>  v.<br><br>UNITED STATES,<br><br>      Defendant,<br><br>  and<br><br>JIANGSU SENMAO BAMBOO AND WOOD INDUSTRY CO., LTD. *et al*,<br><br>      Defendant-Intervenors. | Before: Hon. Richard K. Eaton,<br>    Senior Judge<br><br>Court No. 20-03948 |

## JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE

Pursuant to Rule 56.2(a) of the Rules of the U.S. Court of International Trade, counsel for the parties in the above-captioned action have consulted and respectfully submit the following Joint Status Report and Proposed Briefing Schedule.

**I. JOINT STATUS REPORT**

All parties have consented to the following responses to the questions set forth in Rule 56.2(a) of the Rules of the U.S. Court of International Trade.

  1. **Does the Court have jurisdiction over the action?**

Plaintiff believes that this Court has jurisdiction over this action pursuant to 28 U.S.C. § 1581(c), as this action is commenced under section 516A(a)(2)(A)(i)(I) and (B)(iii) of the Tariff Act of 1930, *as amended*, 19 U.S.C. § 1516a(a)(2)(A)(i)(I) & (B)(iii). Defendant and Defendant-Intervenors are not aware of any basis to challenge the Court's jurisdiction at this time.

**Court No. 20-03948**

> **2.  Should the case be consolidated with any other case, or should any portion of the case be severed, and the reasons for such severance?**

The parties agree that this case should not be consolidated with any other case or severed from any other case at this time.

> **3.  Should further proceedings in this case be deferred pending consideration of another case before the court or any other tribunal and the reasons for such deferral?**

The parties are not aware of any reason this case should be deferred pending a decision in another case before this Court or any other tribunal.

> **4.  Should the court be aware of any other information at this time?**

The parties are not aware of any other information of which the Court should be aware at this time.

**II.   PROPOSED BRIEFING SCHEDULE**

After consultation, the parties agree upon and respectfully propose the following briefing schedule:

| | |
|---|---|
| **July 16, 2021:** | Plaintiff shall file its Rule 56.2 motion for judgment upon the agency record and supporting brief. |
| **October 18, 2021:** | Defendant and Defendant-Intervenors shall file their response brief. |
| **November 15, 2021:** | Plaintiff shall file its reply brief. |
| **December 1, 2021:** | Plaintiff shall file the joint appendix. |
| **December 8, 2021:** | Motions for oral argument, if any, shall be filed. |

All parties agree to follow the word count limitations set forth in the Court's Standard Chambers Procedures.

\*     \*     \*

Respectfully submitted,

*/s/ Timothy C. Brightbill*
Timothy C. Brightbill, Esq.

**WILEY REIN LLP**
1776 K Street, NW
Washington, DC 20006
Phone (202) 719-7000

*Counsel to American Manufacturers of Multilayered Wood Flooring*


BRIAN M. BOYNTON
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

*/s/ Tara K. Hogan*
Tara K. Hogan
Assistant Director

*/s/ Sonia M. Orfield*
Sonia M. Orfield, Esq.
**U.S. Department of Justice**
Commercial Litigation Branch – Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Phone (202) 353-0534

*Counsel for Defendant United States*

**Court No. 20-03948**

/s/ *Jeffrey S. Neeley*
Jeffrey S. Neely, Esq.

**HUSCH BLACKWELL LLP**
750 17th Street, NW
Suite 900 East
Washington, DC 20006
Phone (202) 378-2408

*Counsel to Defendant-Intervenors Jiangsu Senmao Bamboo and Wood Industry Co., Ltd., Jiangsu Keri Wood Co., Ltd., and Sino-Maple (Jiangsu) Co., Ltd.*

/s/ *Mark R. Ludwikowski*
Mark R. Ludwikowski, Esq.

**CLARK HILL PLC**
130 E. Randolph Street
Suite 3900
Chicago, IL 60601
Phone (312) 985-5999

*Counsel to Defendant-Intervenor Jiangsu Guyu International Trading Co., Ltd.*

4

**Court No. 20-03948**

*s/ Kristin H. Mowry*
Kristin H. Mowry, Esq.

**MOWRY & GRIMSON, PLLC**
5335 Wisconsin Ave., NW
Suite 810
Washington, DC 20015
Phone (202) 688-3610

*Counsel to Defendant-Intervenor Yihua Lifestyle Technology Co., Ltd.*


*/s/ Lizbeth R. Levinson*
Lizbeth R. Levinson, Esq.

**FOX ROTHSCHILD LLP**
1030 15th Street, NW
Suite 380 East
Washington, DC 20005
Phone (202) 794-1183

*Counsel to Defendant-Intervenor Metropolitan Hardwood Floors, Inc., Galleher Corp., and Galleher LLC*

Date:  April 14, 2021