UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| AMERICAN MANUFACTURERS OF MULTILAYERED WOOD FLOORING,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>　　　　Defendant,<br><br>　　　　and<br><br>JIANGSU SENMAO BAMBOO AND WOOD INDUSTRY CO., LTD., *et al.*,<br><br>　　　　Defendant-Intervenors. | Before: Hon. Richard K. Eaton<br><br>Court No. 20-03948 |

### JIANGSU GUYU'S COMMENTS ON REMAND RESULTS

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　CLARK HILL PLC

　　　　　　　　　　　　　　　　　　　 /s/ Mark Ludwikowski
　　　　　　　　　　　　　　　　　　　Mark Ludwikowski
　　　　　　　　　　　　　　　　　　　Kelsey Christensen
　　　　　　　　　　　　　　　　　　　Sally Alghazali[*]

　　　　　　　　　　　　　　　　　　　*Counsel to Jiangsu Guyu International Trading Co., Ltd.*

**Dated: September 25, 2023**

---

[*] Admitted to Minnesota Bar; practice limited to Federal International Trade Matters pursuant to D.C. Bar Rule 49(c)(2).

## JIANGSU GUYU'S COMMENTS ON REMAND RESULTS

On behalf of Defendant-Intervenor Jiangsu Guyu International Trading Co., Ltd. ("Jiangsu Guyu"), we hereby provide comments on the Department of Commerce's (the "Department") remand results pursuant to the Court's July 31, 2023, Order (ECF 80). Having reviewed the Department's August 24, 2023, Final Results of Remand Redetermination Pursuant to Court Remand (ECF 81) ("Remand Results"), Jiangsu Guyu agrees with the Department's Remand Results, yielding a 0.00 percent margin with respect to Jiangsu Guyu. Jiangsu Guyu agrees that the Department's Remand Results comport with this Court's May 5, 2023, Remand Order (Slip Op. 23-70, ECF 74).

Accordingly, Jiangsu Guyu respectfully requests that this Court affirm the Department's Remand Results.

Respectfully submitted,

/s/ *Mark Ludwikowski*
Mark Ludwikowski
Kelsey Christensen
Sally Alghazali[*]

*Counsel to Jiangsu Guyu International Trading Co., Ltd.*

September 25, 2023

---

[*] Admitted to Minnesota Bar; practice limited to Federal International Trade Matters pursuant to D.C. Bar Rule 49(c)(2).

1

## CERTIFICATE OF COMPLIANCE

Pursuant to Chamber Procedure 2(B)(1), the undersigned certifies that this brief complies with the word limitation requirement. The word count for Defendant-Intervenor's Comments on Remand Results, as computed by Clark Hill's word processing system Microsoft Office Professional, is 108 words, less than the 8,000 word limit.

/s/ Mark Ludwikowski
Mark Ludwikowski

*Counsel to Jiangsu Guyu International Trading Co., Ltd.*

September 25, 2023

**CERTIFICATE OF SERVICE**

A true and accurate copy of the foregoing was electronically filed on September 25, 2023, via the Court's ECF filing system, which automatically serves notice on counsel of record.

*/s/ Mark Ludwikowski*
Mark Ludwikowski

*Counsel to Jiangsu Guyu International Trading Co., Ltd.*

Dated: September 25, 2023