IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| AMERICAN MANUFACTURERS OF MULTILAYERED WOOD FLOORING,<br><br>          Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>          Defendant,<br><br>and<br><br>JIANGSU SENMAO BAMBOO AND WOOD INDUSTRY CO., LTD., *et. al*,<br><br>          Defendant-Intervenors. | Before: Hon. Richard K. Eaton,<br>Senior Judge<br><br>Court No. 20-03948 |

## PLAINTIFF'S COMMENTS ON REMAND DETERMINATION

Timothy C. Brightbill, Esq.
Stephanie M. Bell, Esq.
Tessa V. Capeloto, Esq.

**WILEY REIN LLP**
2050 M Street, NW
Washington, DC 20036
(202) 719-7000

*Counsel to American Manufacturers of Multilayered Wood Flooring*

Dated: September 25, 2023

On behalf of the American Manufacturers of Multilayered Wood Flooring ("AMMWF"), we respectfully submit the following comments on the final redetermination pursuant to Court remand submitted by the Department of Commerce ("Commerce") on August 24, 2023 in this proceeding. Redetermination Pursuant to Court Remand Order in *American Manufacturers of Multilayered Wood Flooring v. United States*, Court No. 20-03948 (Aug. 24, 2023), ECF No. 81 ("Remand Determination"). In its remand determination, Commerce made certain modifications to its calculation of the surrogate values for financial ratios and labor. *See id.* at 3-11. Specifically, Commerce treated additional items as manufacturing overhead in the calculation of the surrogate financial ratios and utilized information specific to Romania to convert a yearly labor cost to an hourly labor cost. *See id.* As explained in AMMWF's submissions before this Court, Commerce's original calculation of the surrogate financial ratios and surrogate labor rate failed to accurately account for these inputs, resulting in undervalued surrogate values and a distorted dumping margin. *See* The American Manufacturers of Multilayered Wood Flooring's Mem. in Support of Its R. 56.2 Mot. For J. on the Agency R. (July 16, 2021), ECF No. 38, at 14-24.

AMMWF recognizes that, in its remand determination, Commerce has addressed certain aspects of these distortions and that the recalculation of these surrogate values results in more representative input costs. Nonetheless, as explained in AMMWF's comments on Commerce's draft remand determination, the agency still fails to fully capture the cost of these inputs and continues to rely on undervalued surrogate costs. *See* Remand Determination at 11-14. As a result, AMMWF continues to believe that the dumping margin calculated in the remand determination is distorted and undervalues the actual extent of dumping that occurred during the period of review. However, given the extended nature of this proceeding and the ongoing injury to the domestic industry as a result of the agency's failure to address the full extent of dumping

by Chinese exporters of multilayered wood flooring, AMMWF is not further challenging Commerce's remand determination here. The antidumping duty order on multilayered wood flooring from China continues to be of tantamount importance to AMMWF, but, in light of the domestic industry's limited resources, AMMWF intends to focus its efforts on strong enforcement and accurate calculation of dumping margins in other proceedings related to this order.

      Please do not hesitate to contact the undersigned should you have any questions.

Respectfully submitted,

*/s/ Timothy C. Brightbill*
Timothy C. Brightbill, Esq.
Stephanie M. Bell, Esq.
Tessa V. Capeloto, Esq.

**WILEY REIN LLP**
2050 M Street, NW
Washington, DC  20036
(202) 719-7000

*Counsel to American Manufacturers of Multilayered Wood Flooring*

Dated: September 25, 2023

# CERTIFICATE OF COMPLIANCE

Pursuant to Chamber Procedure 2(B)(1), the undersigned certifies that this brief complies with the word limitation requirement. The word count for the American Manufacturers of Multilayered Wood Flooring, as computed by Wiley Rein LLP's word processing system (Microsoft Word 2019), is 397 words.

*/s/ Timothy C. Brightbill*
(Signature of Attorney)

Timothy C. Brightbill
(Name of Attorney)

American Manufacturers of Multilayered Wood Flooring
(Representative Of)

September 25, 2023
(Date)